**Fill in this information to identify the case:**

Debtor 1: Mark L. Manning
First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Northern District of Illinois

Case number (if known): 14-05276

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
☒ Chapter 13

# Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form B 3A), the court orders that:

[ ] The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

[X] The debtor(s) must pay the filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $ 70.25 | 4/4/2014 |
| $ 70.25 | 5/4/2014 |
| $ 70.25 | 6/3/2014 |
| + $ 70.25 | 7/3/2014 |

Total $ 281.00



Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

MAR 03 2014
Month / day / year

By the court: _____
United States Bankruptcy Judge

In re: Mark L. Manning
Bankruptcy No. 14 B 05276

## CERTIFICATE OF SERVICE

I, Deborah Smith certify that on March 3, 2014, I caused to be mailed by United States first class mail copies of the foregoing documents to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

*Deborah Smith*
Deborah Smith, Courtroom Deputy

### Electronic Service through CM/ECF System

Trustee
Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

U.S. Trustee
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

### Service by Regular First Class Mail

Debtor/Pro Se
Mark L. Manning
1245 N. Lockwood
Chicago, IL 60651